FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

DEC 3 0 2009

Civil Action No. _____ 09CV03017   *BnB*   GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

FREDERICK SHANNON ALLISON,

        Plaintiff,

v.

JAMES FRANCIS HARTMANN JR.,

        Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

        Plaintiff has submitted a letter to the court, a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of

the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___    is not submitted

(2)   ___    is missing affidavit

(3)   __X__    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing **(account statement submitted is not certified)**

(4)   ___    is missing certificate showing current balance in prison account

(5)   ___    is missing required financial information

(6)   ___    is missing an original signature by the prisoner

(7)   ___    is not on proper form (must use the court's current form)

(8)   ___    names in caption do not match names in caption of complaint, petition or habeas application

(9)   ___    An original and a copy have not been received by the court. Only an original has been received.

(10)   ___    other:_____.

**Complaint, Petition or Application**:

(11)   ___    is not submitted

(12)   ___    is not on proper form (must use the court's current form)

(13)   ___    is missing an original signature by the prisoner

(14)   ___    is missing page nos. ___

(15)   ___    uses et al. instead of listing all parties in caption

(16)   ___    An original and a copy have not been received by the court. Only an original has been received.

(17)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   ___    names in caption do not match names in text

(19)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __30th__ day of __December__, 2009.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **09CV03017**

Frederick Shannon Allison
Prisoner No. 145583
Delta Correctional Center
4102 Sawmill Mesa Rd. - Unit 5
Delta, CO 81416

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _12/30/09_

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk